```
BARBARA M. RIZZO (CSBN 172999)
Attorney At Law
P. O. Box 15
Moss Beach, CA  94038
Telephone:  650-728-0170
Fax:  650-745-1220

Attorney for Plaintiff Wilma Wodtli
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 5/4/06*

| | |
|---|---|
| WILMA WODTLI                          ) | Civil Case No.: C-05-03921 RMW |
| )                                        | |
|     Plaintiff,    ) | STIPULATION AND ORDER EXTENDING |
| )                                        | PLAINTIFF'S TIME TO FILE MOTION FOR |
| )                                        | SUMMARY JUDGMENT |
|   v.                         ) | |
| )                                        | |
| JO ANNE BARNHART,                      ) | |
| Commissioner of                        ) | |
| Social Security,                       ) | |
| )                                        | |
|     Defendant.     ) | |
| _____) | |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 60 days in which to file her motion for summary judgment.  Plaintiff's response was due on April 24, 2006, pursuant to Civil L.R. 16-5.  Plaintiff's response is now due on June 23, 2006.

///

///

///

///

///

///

///

STIPULATION AND ORDER EXTENDING PLAINTIFF'S [1]
TIME TO FILE MOTION FOR SUMMARY JUDGMENT

This is Plaintiff's first request for an extension of time.

Dated: April 20, 2006                                Respectfully submitted,

"/s/Barbara M. Rizzo"
BARBARA M. RIZZO
Attorney for Plaintiff


KEVIN V. RYAN
United States Attorney

Dated: April 24, 2006                          By: "/s/Sara Winslow"
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPLUATION, IT IS SO ORDERED that Plaintiff's motion for summary judgement is due on June 23, 2006.

Dated: 5/4/06                              /s/ Ronald M. Whyte
                                           RONALD M. WHYTE
                                           UNITED STATES DISTRICT JUDGE